FILED
2024 Jan-09  PM 12:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| SARA VELAZQUEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 7:23-cv-00362-LSC-NAD |
| | ) | |
| KIMBERLY NEELY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## <u>MEMORANDUM OPINION</u>

Petitioner Sara Velazquez filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1).  On December 4, 2023, the magistrate judge to whom the case was referred entered a report pursuant to 28 U.S.C. § 636(b), recommending that the habeas petition be denied and dismissed with prejudice. (Doc. 17).  Although the parties were notified of their rights to file objections within 14 days, that time expired with no objections having been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's findings and **ACCEPTS** the recommendation.

The court finds that the petition for writ of habeas corpus is due to be denied and dismissed with prejudice.

A separate Final Judgment will be entered.

1

**DONE** and **ORDERED** on January 9, 2024.

_____
L. Scott Coogler
United States District Judge

160704